NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRON L. HARPE,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3111

---

Petition for review of the Merit Systems Protection Board in case no. AT0731110186-I-1.

---

## ON MOTION

---

## ORDER

Darron L. Harpe moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darron L. Harpe
      Ellen M. Lynch, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 9 2011

**JAN HORBALY**
**CLERK**